ACCEPTED
12-15-00083-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
11/20/2015 8:45:31 AM
Pam Estes
CLERK

No. 12-15-00083

**In the Twelfth District Court of Appeals**
**Tyler, Texas**

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

11/20/2015 8:45:31 AM

PAM ESTES
Clerk

**CARRIZO OIL & GAS, INC.,**
*Appellant,*

**v.**

**BARROW-SHAVER RESOURCES COMPANY,**
*Appellee.*

On Appeal from the 7th Judicial District Court
Smith County, Texas
Cause No. 12-2565-A

**APPELLANT'S UNOPPOSED THIRD MOTION FOR EXTENSION OF TIME**
**TO FILE APPELLANT'S BRIEF**

Appellant Carrizo Oil & Gas, Inc. ("Carrizo") respectfully files this Unopposed Third Motion for Extension of Time to File Appellant's Brief. The current deadline for filing Appellant's Brief is **November 23, 2015**. Appellant requests a **30-day extension** of time for a new deadline of **December 23, 2015**.

The reasons for this request are as follows:

The reporter's record in this case was filed on August 24, 2015, and it contains 36 volumes of transcripts and exhibits from a two-week jury trial. In reviewing the Reporter's Record, the undersigned noted that the questions and answers contained

in at least five excerpts from videotaped depositions that were played to the jury at trial were not included in the Reporter's Record, although the parties agree that the portions of those depositions designated by Plaintiff were in fact presented to the jury by video.

In addition, the Clerk's Record contains 15 volumes of papers, and there are several items that need to be corrected and supplemented in the Clerk's Record.

Carrizo has been working with opposing counsel to prepare a stipulation and excerpts of the written depositions that match the videos in order to complete the Reporter's Record. That process has taken some time due to the parties' desire and efforts to be accurate and precise about the video clips.

Carrizo is also filing a Request to Supplement the Clerk's Record. Carrizo respectfully submits that it would be beneficial to the Court and counsel to have a complete and accurate appellate record to cite in Carrizo's opening brief before that brief is filed. The undersigned also wants to ensure that the clerk and court reporter have sufficient time to supplement their respective records, taking into account the intervening holidays.

This extension is not sought for the purposes of delay. Two prior unopposed extensions have been granted for this deadline.

As set forth in the Certificate of Conference below, this motion for extension of time is Unopposed.

For these reasons, Appellant requests that the Unopposed Third Motion for Extension of Time be extended 30 days to **December 23, 2015**.

Respectfully submitted,

*/s/ Marcy Hogan Greer*
Marcy Hogan Greer
State Bar No. 08417650
mgreer@adjtlaw.com
ALEXANDER DUBOSE JEFFERSON &
TOWNSEND LLP
515 Congress Avenue, Suite 2350
Austin, Texas 78701-3562
Telephone: (512) 482-9300
Facsimile:  (512) 482-9303

John M. Zukowski
State Bar No. 22293400
jmz@zbsplaw.com
Pascal Paul Piazza
State Bar No. 15966850
ppp@zbsplaw.com
ZUKOWSKI, BRESENHAN, SINEX &
PETRY, L.L.P.
1177 West Loop South, Suite 1100
Houston, Texas 77027
Telephone: (713) 965-7597
Facsimile:  (713) 9639169

Charles H. Clark
State Bar No. 04274000
chc@charlesclarklaw.com
THE LAW OFFICES OF CHARLES H. CLARK
604 West Woldert Street
Tyler, Texas 75702
Telephone: (903) 593-2514
Facsimile:  (903) 595-1294

**ATTORNEYS FOR APPELLANT
CARRIZO OIL & GAS, INC.**

## CERTIFICATE OF CONFERENCE

I certify that on November 19, 2015, I conferred with Deborah Race, counsel for Plaintiff-Appellee Barrow-Shaver Oil & Gas Resources Company, and she stated that her client does not oppose the relief sought in this motion for extension of time.

*/s/ Marcy Hogan Greer*
Marcy Hogan Greer

**CERTIFICATE OF SERVICE**

On November 20, 2015, I electronically filed this motion with the Clerk of the Court using the eFile.TXCourts.gov electronic filing system, which will send notification of such filing to the following (unless otherwise noted below).

Otis Carroll
ocarroll@icklaw.com
Deborah Race
drace@icklaw.com
Collin M. Maloney
emaloney@icklaw.com
IRELAND, CARROLL & KELLEY, P.C.
6101 S. Broadway, Suite 500
Tyler, Texas 75703
Telephone: (903) 561-1600
Facsimile: (903) 561-1071

R. Clay Hoblit
choblit@hfdlaw.com
HOBLIT FERGUSON DARLING L.L.P.
2000 Frost Bank Plaza
802 Carancahua
Corpus Christi, Texas 78401
Telephone: (361) 888-9392
Facsimile: (361) 888-9187

*Counsel for Appellee*
*Barrow-Shaver Resources Company*

/s/ Marcy Hogan Greer
Marcy Hogan Greer